

**SIGNED THIS 8th day of April, 2023**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

---

IN RE: ALFRED FORTUNE                               CHAPTER 13
      Debtor(s)                            CASE NO. 23-60272-RBC-13

---

## ORDER EXTENDING AUTOMATIC STAY

1. This day came the Debtor, by counsel, on his Motion to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3), and after no objections were heard on this issue, the Court finds as follows.

2. The Debtor had a previous case pending before this Court which was dismissed within the last 12 months by the Court. That case was dismissed due to the Debtor being unable to make his payments. The Debtor has sufficient income to fund his plan, is making his payments via voluntary wage deductions of his children who live with him the Debtor has filed a feasible plan and all other required pleadings in this case and believes he can make all of the payments to the Chapter 13 Trustee.

3. Due to the dismissal of the previous case, the automatic stay would have expired 30 days after the date of filing this new petition unless extended by this Court.

4. The Debtor requested that the Court extend the automatic stay because the Debtor has filed all of the required documents and schedules in this case, has averred that he will provide all information requested by the Trustee, and believes that he will be able to make his Chapter 13 payments for the duration of the plan.

5. No objection was filed to the Debtor's Motion to Extend Stay by the Trustee or any creditor.

6. It appearing to the Court that it is appropriate and in accordance with applicable law, and that the Trustee has no objection, it is therefore hereby ORDERED that the automatic stay is hereby extended past the initial 30 day period and extended until the confirmation hearing date on May 11, 2023; and further, there shall be a hearing on May 11, 2023, at 9:30 am for the court to consider further extension of the automatic stay pursuant to 11 U.S.C. § 362.

**End of Order**

I ask for this:

/s/ Robert S. Stevens

_____

Robert S. Stevens, Esq.
501 Grove Avenue
Charlottesville VA  22902
(434) 973-5012; fax # 270-596-3752
 Counsel for Debtor

Seen and not objected to:

/s/ Angela Scolforo

_____

Angela Scolforo, Esq.
P.O. Box 2103
Charlottesville VA  22902
(434) 973-5012
 Chapter 13 Trustee